# In the United States District Court
# for the Southern District of Georgia
# Savannah Division

| | |
|---|---|
| TIMOTHY BECKWORTH,<br><br>    Plaintiff,<br><br>    v.<br><br>DAVID SANDERS, et al.,<br><br>    Defendants. | CV 4:22-071 |

## ORDER

A pretrial conference will be held on December 12, 2023 at 11 o'clock a.m. at 124 Barnard Street, Third Floor conference room, in Savannah, Georgia, and a jury trial will commence on March 19, 2024 at 9 o'clock a.m. in Courtroom One, 8 Southern Oaks Court, Savannah, Georgia.

**SO ORDERED**, this 24th day of October, 2023.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA